UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

HUBEI AMARVEL BIOTECH CO., LTD., QINGZHOU WANG, YIYI CHEN, and FNU LNU,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for January 9, 2024, is adjourned to **March 11, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Alexander Li, and with the consent of Defendants Qingzhou Wang and Yiyi Chen, it is further ordered that the time between January 5, 2024 and March 11, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendants in a speedy trial, because it will allow the parties to review the discovery and consider any applicable pretrial motions.

Dated: New York, New York
       January 5, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge