UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

QINGZHOU WANG,

Defendant.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated at the May 3, 2024 conference, Daniel Arshack's motion to withdraw as counsel to Defendant Qingzhou Wang is granted. (Dkt. No. 60) Going forward, Leonardo Aldridge is appointed to represent Defendant Wang, pursuant to the Criminal Justice Act. (May 3, 2024 Minute Entry (Docket Report for 23 Cr. 302))

The Clerk of Court is directed to remove Daniel Arshack, Huan-Ting Wu, and Daniel Olmos as counsel of record for Defendant Wang, and to terminate the letter. (Dkt. No. 60)

Dated: New York, New York
       May 13, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge