

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 3, 2024

<u>**BY ECF**</u>

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

     **Re:**    ***United States v. Hubei Amarvel Biotech Co., Ltd. et al.*, S1 23 Cr. 302 (PGG)**

Dear Judge Gardephe:

     Earlier today, a grand jury returned Superseding Indictment S1 23 Cr. 303.  (Dkt. 79).  The only change to the original Indictment is, in Paragraph 41, the addition of "fentanyl-related substance" and a corresponding citation to 21 C.F.R. § 1308.11(h)(30)(i).  Given the technical nature of this change, the Government respectfully proposes, with the consent of defendants Qingzhou Wang and Yiyi Chen, that the Court defer Wang and Chen's arraignment on the Superseding Indictment until their next regular appearance before the Court.

     Respectfully submitted,

     DAMIAN WILLIAMS
     United States Attorney

    By:   /s/
     Alexander Li / Kevin Sullivan
     Assistant United States Attorneys
     (212) 637-2265 / 1587

cc:    All counsel of record