Honourable. Judge Paul Gardephe

您好！对于用中文写信给您带来阅读的不便我很抱歉，同时我真的不想打扰您，但我现在的处境使我别无选择，唯有请求您的帮助。

我想恳请您，请不要在1月13日开始我的Trial，因为我没有任何中文的证据，因此事实上我不能决定是否去陪审团Trial，去准备Defense，去call Defense witness，去辩论这个案子。

此外 对于我的律师我感觉非常不好，因为 I have not reviewed the evidence with my lawyer，我问过几次我的律师，向他要中文的证据和起诉书，他虽然每次都答应，但是他什么也没有给我，所以我想让您知道，我的律师没有准备好去Trial。

Please，我希望您可以帮我推迟我的Trial时间，我想政府应该不会对此有意见，因为我在MDC中被监禁，当然，无论您是否同意，我都感谢您。谢谢！

请允许我祝福您和您的家人：

新年快乐！身体健康！

Wang Qingzhou
12.25.2024

Wang Qingzhou
10749506
MDC Brooklyn
P.O. Box 329001
Brooklyn, New York 11232

NEW YORK NY 100
31 DEC 2024 PM 9 L

Honourable Judge Paul Gardephe
40 Foley Square
New York, New York 10007

LEGAL MAIL

10007-150299



U.S. PAID SDNY

LEGAL MAIL