UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>QINGZHOU WANG, and YIYI CHEN,<br><br>Defendants. | **ORDER**<br><br>23 Cr. 302 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The Government will respond to Defendant Chen's January 17, 2025, letter (Dkt. No. 117) by **January 19, 2025, at 5:00 p.m.**

Dated: New York, New York
       January 18, 2025

                                          SO ORDERED.

                                          */s/ Paul G. Gardephe*
                                          Paul G. Gardephe
                                          United States District Judge