UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>QINGZHOU WANG, and YIYI CHEN,<br><br>Defendants. | **ORDER**<br><br>23 Cr. 302 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Government will respond to Defendant Wang's January 19, 2025, letter (Dkt. No. 119) by **January 20, 2025, at 3:00 p.m.**

Dated: New York, New York
       January 19, 2025

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge