

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 23, 2025

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States</u> v. <u>Qingzhou Wang</u> and <u>Yiyi Chen</u>, S1 23 Cr. 302 (PGG)

Dear Judge Gardephe:

      Per the Court's instruction, the Government respectfully writes to memorialize its email correspondence to the Court and the parties yesterday evening at approximately 6:45 p.m. Specifically, per the Court's request, the Government had provided (and now attaches to this letter) two studies cited in Dr. Luli Akinfiresoye's November 8, 2024 expert disclosure to the defense. Dr. Akinfiresoye's disclosure also cited an online report from the Center for Forensic Science and Research Education ("CFSRE") on Q3 2024 trends in the identification of novel psychoactive substances (NPS). That report is available at: https://www.cfsre.org/images/trendreports/2024-Q3-NPS-Opioids-Trend-Report.pdf — and is also attached hereto. Dr. Akinfiresoye also separately provided a copy of an alert CFSRE issued in December 2024 regarding ortho-methylfentanyl. Attached is a copy of that alert. It is not cited in Dr. Akinfiresoye's report. The Government is providing the CFSRE materials to the Court in an abundance of caution but does not intend to affirmatively elicit testimony—opinion or otherwise—from Dr. Akinfiresoye based on the contents of the CFSRE materials, subject, of course, to whether defendants' cross examination of Dr. Akinfiresoye explores any of the subject matter in the CFSRE materials.

(continued on next page)

*U.S. v. Qingzhou Wang and Yiyi Chen*, S1 23 Cr. 302 (PGG)                                                          Page 2
Hon. Paul G. Gardephe
January 23, 2025

      Finally, so that the Court and parties are aware, Dr. Akinfiresoye advised the Government that she is due to travel internationally from this Saturday, January 25, 2025 through next Wednesday, January 29, 2025.

                                                        Respectfully submitted,

                                                        DANIELLE R. SASSOON
                                                        United States Attorney

                            By:    /s/
                                    Alexander Li / Kevin Sullivan
                                    Assistant United States Attorneys
                                    (212) 637-2265 / -1587

cc:     All counsel of record (*by ECF*)