April 2024

---

**Note regarding confidentiality:** To protect the investigators' ability to publish, please do not include these data in a public presentation or in any publicly available document until 18 months after the study report date, unless the early release of data is authorized. The investigators may be contacted directly to inquire about the status of related manuscripts or to request authorization for the early release of data.

---

# *ortho*-Methylfentanyl

Synonyms: *o*-Methylfentanyl

N-(2-methylphenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]-propanamide, monohydrochloride

Binding and Functional Activity at Delta, Kappa and Mu Opioid Receptors

Atheir I. Abbas, MD, PhD
Assistant Professor of Behavioral Neuroscience and Psychiatry
Oregon Health & Science University
Research Service, VAPORHCS
Portland OR, 97239

Aaron Janowsky, Ph.D.
Professor of Psychiatry, Physiology & Pharmacology, and Behavioral Neuroscience,
Oregon Health & Science University, and
Research Career Scientist, VA Medical Center
Portland OR, 97239

DEA-VA Interagency Agreement Title: "In Vitro Receptor and Transporter Assays for Abuse Liability Testing for the DEA by the VA"

Atheir I. Abbas., MD, PhD
Portland VA Medical Center, R&D28
3710 S.W. U.S. Veterans Hospital Rd., Portland, OR  97239
Phone:  (503) 220-8262 ext 59488; FAX: (503) 721-7839  Internet: abbasat@ohsu.edu

USAO_076326

April 2024

## Binding Assay Results for Compound *o*-Methylfentanyl

| Opioid Receptor [³H]Ligand | $IC_{50}$ (nM) ± SEM | $K_i$ (nM) ± SEM | Hill Slope ± SEM |
|---|---|---|---|
| Delta [³H]DPDPE | 500 ± 140 | 380 ± 110 | -1.06 ± 0.01 |
| Kappa [³H]U69,593 | 253 ± 14 | 103.5 ± 5.8 | -1.21 ± 0.10 |
| human Mu [³H]DAMGO | 14.7 ± 1.6 | 5.71 ± 0.68 | -1.05 ± 0.05 |

## Opioid receptors binding and functional results

| Delta Opioid receptor (DOR) | *o*-Methylfentanyl | DPDPE | Fentanyl | Morphine | Naltrexone |
|---|---|---|---|---|---|
| [³H]DPDPE binding Ki (nM) | 380 ± 110 | 1.94 ± 0.33 | 184 ± 24 | 102 ± 12 | 14.1 ± 2.1 |
| Hill coefficient | -1.06 ± 0.01 | -1.13 ± 0.10 | -1.14 ± 0.08 | -0.87 ± 0.07 | -0.97 ± 0.09 |
| Number of experiments | 3 | | | | |
| **[³⁵S]GTPγS binding** | *o*-Methylfentanyl | DPDPE | Fentanyl | Morphine | |
| Stimulation $EC_{50}$ (nM) | 1800 ± 370 | 6.00 ± 0.89 | 1250 ± 400 | 760 ± 150 | |
| Maximal stimulation (%)* | 51.2 ± 1.5% | 102.70 ± 0.96% | 78.6 ± 7.3% | 85.8 ± 0.8% | |
| Number of experiments | 3 | | | | |
| **Kappa Opioid receptor (KOR)** | *o*-Methylfentanyl | U50,488H | Fentanyl | Morphine | Nor-BNI |
| [³H]U69,593 binding Ki (nM) | 103.5 ± 5.8 | 0.63 ± 0.11 | 117 ± 25 | 31.2 ± 2.5 | 0.621 ± 0.018 |
| Hill coefficient | -1.21 ± 0.10 | -1.25 ± 0.06 | -1.10 ± 0.12 | -1.08 ± 0.04 | -1.50 ± 0.06 |
| Number of experiments | 3 | | | | |
| **[³⁵S]GTPγS binding** | *o*-Methylfentanyl | U50,488H | Fentanyl | Morphine | |
| Stimulation $EC_{50}$ (nM) | 394 ± 48 | 2.42 ± 0.76 | 1460 ± 320 | 154 ± 22 | |
| Maximal stimulation (%)* | 88 ± 10% | 99.31 ± 0.55% | 94.8 ± 8.7% | 105.0 ± 2.9% | |
| Number of experiments | 4 | | | | |
| **Human Mu Opioid receptor (MOR)** | *o*-Methylfentanyl | **DAMGO** | Fentanyl | Morphine | Naltrexone |
| [³H]DAMGO binding Ki (nM) | 5.71 ± 0.68 | 1.51 ± 0.27 | 2.13 ± 0.45 | 2.66 ± 0.34 | 0.391 ± 0.043 |
| Hill coefficient | -1.05 ± 0.05 | -1.05 ± 0.08 | -1.07 ± 0.16 | -1.11 ± 0.10 | -0.96 ± 0.04 |
| Number of experiments | 4 | | | | |
| **[³⁵S]GTPγS binding** | *o*-Methylfentanyl | **DAMGO** | Fentanyl | Morphine | |
| Stimulation $EC_{50}$ (nM) | 41.68 ± 0.40 | 18.4 ± 1.9 | 30.8 ± 2.2 | 24.8 ± 4.3 | |
| Maximal stimulation (%)* | 80.0 ± 5.1% | 100.6 ± 2.2% | 99.4 ± 3.9% | 96.0 ± 3.0% | |
| Number of experiments | 3 | | | | |

Numbers represent the means ± SEM from at least three independent experiments, each conducted with duplicate determinations. A Hill coefficient other than one suggests complex interactions with binding sites. Standard compounds are the agonists DPDPE (delta), U50,488H (kappa), DAMGO (mu), morphine and fentanyl and the antagonists naltrexone (delta and mu) and nor-BNI (kappa).   *Maximal stimulation by test compound is normalized to the maximal stimulation by DPDPE (delta), U50,488H (kappa) or DAMGO (mu) above basal.

USAO_076327

April 2024

## DOR, KOR and MOR binding results



**Inhibition of [$^3$H]DPDPE binding
CHO-DOR cells
*ortho*-Methylfentanyl**

| | | IC$_{50}$ value (nM) | Hill slope |
|---|---|---|---|
| ■ | *o*-Methylfentanyl | 500 | -1.06 |
| ○ | DPDPE | 2.66 | -1.13 |
| □ | Fentanyl | 251 | -1.14 |
| △ | Morphine | 136 | -0.87 |
| ▼ | Naltrexone | 19.0 | -0.97 |

**Inhibition of [$^3$H]U69,593 binding
CHO-KOR cells
*ortho*-Methylfentanyl**

| | | IC$_{50}$ value (nM) | Hill slope |
|---|---|---|---|
| ■ | *o*-Methylfentanyl | 253 | -1.21 |
| ○ | U50,488H | 1.28 | -1.25 |
| □ | Fentanyl | 267 | -1.10 |
| △ | Morphine | 66.3 | -1.08 |
| ▼ | nor-BNI | 1.311 | -1.50 |

**Inhibition of [$^3$H]DAMGO binding
CHO-MOR cells
*ortho*-Methylfentanyl**

| | | IC$_{50}$ value (nM) | Hill slope |
|---|---|---|---|
| ■ | *o*-Methylfentanyl | 14.7 | -1.05 |
| ○ | DAMGO | 3.87 | -1.05 |
| □ | Fentanyl | 5.3 | -1.07 |
| △ | Morphine | 6.87 | -1.11 |
| ▼ | Naltrexone | 1.00 | -0.96 |

3

USAO_076328

April 2024

## DOR, KOR and MOR functional results





USAO_076329

April 2024

## METHODS

***o*-Methylfentanyl** was obtained as a crystalline solid.  Test compounds are dissolved in DMSO to make a 10 mM stock solution.  An initial dilution to 50 $\mu$M in assay buffer or water for binding is made. Pipetting is conducted using a Biomek 4000 robotic workstation.

**Opioid (Delta and Kappa) Receptors (DOR and KOR):** Radioligand binding assays are conducted as described in Torralva R, Eshleman AJ, Swanson TL, Schmachtenberg JL, Schutzer WE, Bloom SH, Wolfrum KM, Reed JF, Janowsky A.  (2020) Fentanyl but not morphine interacts with non-opioid recombinant human neurotransmitter receptors and transporters.  J Pharmacol Exp Ther. jpet.120.265561. doi: 10.1124

**Opioid (Mu) Receptors (MOR):** Radioligand binding assays are conducted as described in Kozell LB, Eshleman AJ, Wolfrum KM, Swanson TL, Bloom SH, Benware S, Schmachtenberg JL, Schutzer KA, Schutzer WE, Janowsky A and Abbas AI. (in press, 2024) Pharmacologic characterization of substituted nitazenes at mu, kappa and delta opioid receptors suggests high potential for toxicity. JPET.

### Radioligand binding assays

Receptor binding studies are conducted on human DOR, KOR and MOR receptors transfected into Chinese hamster ovary (CHO) cells (KOR and DOR provided by SRI, human MOR provided by Charles River).  The human MOR cell lines are maintained in Ham's F12 supplemented with 1X NEAA (non-essential amino acids), 10% FBS, 400 µg/mL G418, and 0.1% penicillin/streptomycin. The remaining cell lines are maintained in Dulbecco's minimal essential medium (DMEM) supplemented with 10% FBS, 200 µg/mL G418, and 0.1% penicillin/streptomycin. All cell lines are grown to confluence, except for human MOR which are grown to 70-80% confluence, then harvested for membrane preparation. The membrane for binding assays is prepared in 50 mM Tris buffer (pH 7.5 at 4°C).

| Concentrations of ***o*-Methylfentanyl** tested | |
| --- | --- |
| Assay | Concentration Range |
| Binding: | |
| DOR | 1 nM-10 $\mu$M |
| KOR | 1 nM-10 $\mu$M |
| MOR | 0.1 nM-10 $\mu$M |
| Function: | |
| DOR | 1 nM-10 $\mu$M |
| KOR | 1 nM-10 $\mu$M |
| MOR | 1 nM-10 $\mu$M |

Cells are scraped from the plates in cmf-PBS and centrifuged at 500 x $g$ for 15 minutes. The cell pellet is homogenized in 2ml buffer with a polytron, diluted with 11 ml buffer, and centrifuged at 40,000 x $g$ for 15 minutes, washed and recentrifuged. The final pellet is covered with 3ml buffer and stored at -80°C until needed.

Binding assays are conducted using [³H]DPDPE (0.5 nM, ~25,000 cpm)**,** [³H]U69,593 (0.7 nM, ~36,000 cpm) and [³H]DAMGO (0.6 nM, ~29,000 cpm) at the DOR, KOR and MOR, respectively. The assay is performed in duplicate in a 96-well plate using 50 mM Tris buffer (pH 7.7 at room temp). Nonspecific binding is determined with 1.0 µM of the unlabeled counterpart of each radioligand. Cell membranes are incubated with the appropriate radioligand and test compound at 25˚C for 60 minutes. The incubation is terminated by rapid filtration through Revvity Filtermat A filters presoaked in 0.05% polyethylenimine on a Tomtec cell harvester. The filters are dried, spotted with scintillation cocktail and radioactivity is counted for 2 minutes on a Revvity microBetaplate 1405 scintillation counter. Full characterization of compounds includes analysis of the data for $IC_{50}$ values and Hill coefficients using GraphPad PRISM.  $K_i$ values are calculated using the Cheng Prusoff transformation:

$$K_i = \frac{IC_{50}}{1+L/K_d}$$

where "L" is the radioligand concentration and "$K_d$" is the binding affinity of the radioligand, as determined previously by saturation analysis.  For [³H]DPDPE, [³H]U69,593, and [³H]DAMGO  the $K_d$ values are 0.789, 0.65 and 0.273 nM, for DOR, KOR, and MOR respectively.  The densities of

USAO_076330

April 2024

receptors are 32.8 ± 1.7, 11.29 ± 0.34, and 13.04 ± 0.14 pmol/mg protein for the DOR, KOR, and MOR cell lines, respectively.

## DOR and KOR: [$^{35}$S]GTPγS Binding Functional (Agonist/Antagonist) Determinations

The membranes for [$^{35}$S]GTPγS binding assays are prepared in 20 mM HEPES, 10 mM $MgCl_2$, 100 mM NaCl and 0.2 mM DTT (pH 7.4). KOR cells are starved for 12-18 hr prior to harvest in unsupplemented DMEM.  DOR and KOR cells are scraped from the plates and centrifuged at 500 x g for 15 minutes. The cell pellet is homogenized in 2 ml buffer with a polytron, diluted with 11 ml buffer, and centrifuged at 40,000 x g for 15 minutes, washed and recentrifuged two additional times. The final pellet is covered with 3 ml buffer and stored at -80°C until needed.

Membranes are incubated with [$^{35}$S]GTPγS (50 pM), GDP (10 μM DOR and 3 μM for KOR), and the test compound, in a total volume of 1 mL, for 60 minutes at 25°C (Traynor and Nahorski, 1995). Samples are filtered over Perkin Elmer Filtermat A filters, washed with ice cold saline and counted as described for the binding assays. A dose response curve with a prototypical full agonist (DPDPE, and U50,488H for DOR and KOR, respectively) is conducted in each experiment to identify full and partial agonist compounds.  High affinity compounds (Ki value is 500 nM or less) that demonstrate no agonist activity are tested as antagonists in inhibition assays, generating $IC_{50}$ values. For antagonist assays, the concentrations of agonists used are 20 nM DPDPE for DOR and 5 nM U50,488H for KOR. Inhibition is normalized to the maximal inhibition by naltrexone or norBNI (DOR or KOR, respectively).

## MOR: [$^{35}$S]GTPγS Binding Functional (Agonist/Antagonist) Determinations

Membranes are prepared in 20 mM HEPES, 10 mM $MgCl_2$, 100 mM NaCl, 1 mM EDTA and 0.2 mM DTT (pH 7.4).  Cells are starved for 12-18 hr prior to harvest in unsupplemented DMEM. Cells are scraped from the plates and centrifuged at 500 x g for 15 minutes. The cell pellet is homogenized in 2 ml buffer with a polytron, diluted with 11 ml buffer, and centrifuged at 40,000 x g for 15 minutes, washed and recentrifuged. The final pellet is overlaid with 3 ml of buffer and stored at -80°C until use.

For agonist assays, the membranes are incubated with [$^{35}$S]GTPγS (50 pM), GDP (1 μM), and the test compound, in a total volume of 1 mL, for 60 minutes at 25°C. Samples are filtered over Perkin Elmer Filtermat A filters, washed with ice cold saline and counted as described for the binding assays. A dose response curve with DAMGO is conducted in each agonist experiment to identify full and partial agonist compounds. High affinity compounds (Ki value is 500 nM or less) that demonstrate no agonist activity are tested as antagonists in inhibition assays, generating $IC_{50}$ values.  For antagonist assays, the membranes are incubated with 50 nM DAMGO in the presence or absence of test compounds. Inhibition is normalized to the maximal inhibition by naltrexone.

USAO_076331