**FINAL STUDY REPORT**

**Call Order:**      15DDHQ24F00000474
"Evaluation of Abuse Potential of Synthetic Opioids Using in Vivo Pharmacological Studies"

**Compound:**      *ortho*-Methyl fentanyl

**Study:**      Test of analgesic effects alone and in combination with naltrexone

**Study Date:**      September, 2024

**Report Date:**      September 27, 2024

**Authors:**      Michael B. Gatch, Ph.D., and Ritu Shetty, Ph.D., R.Ph.

Department of Pharmacology and Neuroscience
University of North Texas Health Science Center at Fort Worth
3500 Camp Bowie Blvd
Fort Worth, TX 76107-2699

## Abstract

*ortho*-Methyl fentanyl was tested in doses from 0.01 to 0.32 mg/kg. *ortho*-Methyl fentanyl ($ED_{50}$=0.089 mg/kg, 95% confidence interval = 0.020 – 0.39 mg/kg) dose-dependently increased tail-flick latencies to a maximum of 98.2 ± 6.1 %MPE. The $ED_{50}$ for the morphine standard was 0.85 mg/kg (95% confidence interval = 0.20 – 3.61 mg/kg). Maximum peak effect of morphine (Emax) was 98.3 ± 1.6 %MPE. The $ED_{50}$ for the fentanyl standard was 0.058 mg/kg (95% confidence interval = 0.0089 – 0.37 mg/kg) and the maximum peak effect of fentanyl (Emax) was 100 %MPE. Peak analgesic effects of *ortho*-methyl fentanyl lasted 30 min, and decreased to baseline within 75 min. Naltrexone (1 mg/kg) blocked the analgesic effects of *ortho*-methyl fentanyl, reducing tail-flick latencies to 20.8 ± 6.9 %MPE.

## Method

   *ortho*-Methyl fentanyl was tested for its ability to produce analgesic effects in the warm-water tail-flick assay in ten Swiss-Webster mice (Envigo, Indianapolis, IN). Action at opioid receptors was supported by testing the effects of naltrexone (1 mg/kg) on the peak dose of *ortho*-methyl fentanyl (0.32 mg/kg) in separate groups of nine mice.

   A cumulative-dosing procedure was used, followed by a time-course of the peak effect of *ortho*-methyl fentanyl. A timeline is shown in Figure 1. Subjects were tested for baseline tail withdrawal latency using 50° C water, followed immediately thereafter by an injection of vehicle (0.9% saline, s.c.). After 15 min, tail-withdrawal latency was re-determined in each subject, followed immediately thereafter with injection of the lowest

USAO_076332

dose of test compound. Testing continued with increasing cumulative doses until the mouse failed to remove its tail from the water before the 10-s cutoff time is reached (maximum antinociception) or until toxic effects (e.g., respiratory depression, convulsions) were observed. Tail-withdrawal latencies were transformed into the percentage of maximal possible effect (%MPE) that is calculated as [100 x (post-treatment latency - basal latency)/(maximal possible latency - basal latency)], where the maximal possible latency= 10.

**Figure 1. Schematic of the cumulative dosing procedure for assessment of *ortho*-methyl fentanyl analgesic effects in a warm-water tail-withdrawal assay.** Arrows show administration of compound (0.01 to 0.32 mg/kg); T0 – T135 show elapsed time (min); Time Course: shows time after administration of last dose of compound (min).



Subcutaneous injections (1 ml/kg) of *ortho*-methyl fentanyl, or its vehicle (0.9% saline), occurred 15 minutes prior to the start of the test session. A cumulative dose range of 0.01 to 0.32 mg/kg *ortho*-methyl fentanyl was examined. The time course was conducted for 75 min.

For antagonism studies, two separate groups of mice received a single dose of naltrexone (1 mg/kg, n=9) or its vehicle (0.9% saline, n=10). Thirty minutes later, the mice received a single dose of *ortho*-methyl fentanyl. After 30 min, tail-flick latencies were measured as described previously. Lethality was observed in 1 of 10 mice in the saline group before the tail-flick latencies were measured, so only nine mice were tested. Any visible behavioral clinical signs following treatments with the vehicle, test compound or the reference drug were recorded.

### Results

*Dose effect. ortho*-Methyl fentanyl (0.01 to 0.32 mg/kg) dose-dependently increased tail-flick latencies to a maximum effect of 98.2 ± 1.8 % MPE 30 min following 0.32 mg/kg (Figure 2). An $ED_{50}$ of 0.089 mg/kg (95% confidence interval = 0.020 – 0.39 mg/kg) was determined based upon a linear regression against log10 doses from 0.01 to 0.32 mg/kg. The potency ratio of *ortho*-methyl fentanyl to morphine was 0.10 ($ED_{50}$ test compound/ $ED_{50}$ reference compound). The relative efficacy of *ortho*-methyl fentanyl to morphine was 99.9% (Emax test compound/ Emax reference) compound*100), such that *ortho*-methyl fentanyl and morphine were equi-efficacious [t(18)=1.568, p=0.13]. The maximal effect and potency of morphine was determined on December 13, 2023.

USAO_076333

The potency ratio of *ortho*-methyl fentanyl to fentanyl was 1.53 ($ED_{50}$ test compound/ $ED_{50}$ reference compound). The relative efficacy of *ortho*-methyl fentanyl to fentanyl was 98% (Emax test compound/ Emax reference) compound*100), such that *ortho*-methyl fentanyl and fentanyl were equi-efficacious [t(18)=1.947, p=0.07]. The maximal effect and potency of fentanyl was determined on April 6, 2023.

*Time course.* Peak analgesic effects of *ortho*-methyl fentanyl lasted 30 min, and returned to baseline within 75 min (Figure 3).

*Antagonism. ortho*-Methyl fentanyl (0.32 mg/kg) in combination with vehicle (0.9% saline) produced 100 %MPE. Naltrexone (1 mg/kg) blocked the analgesic effects of *ortho*-methyl fentanyl, reducing tail-flick latencies to 20.8 ± 6.9 %MPE [t(16)=11.494, p<0.001] (Figure 4).

*Other observations*: Lethality was observed in 1 of 10 mice following administration of 0.32 mg/kg ortho-methylfentanyl + saline before the tail-flick latencies were measured. The data shown are from the 9 mice that were tested. Straub tail and increased activity were observed in 9 of 9 mice following 0.32 mg/kg ortho-methylfentanyl + saline. No unusual effects were observed in the group receiving *ortho*-methyl fentanyl + naltrexone.

USAO_076334



**Figure 2: Analgesia Dose Effect:**
The panel shows the percent mean peak effect (%MPE) (±SEM) of ***ortho*-methyl fentanyl** and the morphine and fentanyl standards using a cumulative dosing procedure. The sample size for ***ortho*-methyl fentanyl** is equal to **ten** at all data points except where shown. **Saline** control (Vehicle) data are shown to the left of the axis break. *$p$<.05 compared to vehicle control.

USAO_076335

Final study report:        *ortho*-Methyl fentanyl        Call Order: 15DDHQ24F00000474



**Figure 3: Analgesia Time Course.**
The panel shows the percent mean peak effect (%MPE) (±SEM) over time following the last dose of *ortho*-methyl fentanyl (0.32 mg/kg). The sample size is equal to ten at all data points except where shown. Saline control (Vehicle) data are shown to the left of the axis break. *$p<.05$ compared to vehicle control.

USAO_076336



**Figure 4: Antagonism:**
The panel shows percent mean peak effect (%MPE) (±SEM) of *ortho*-methyl fentanyl in combination with naltrexone (1 mg/kg). The sample size is equal to nine at all data points, except where shown. *$p$<.05 compared with test drug + vehicle control.

USAO_076337

Final study report:    *ortho*-Methyl fentanyl                Call Order: 15DDHQ24F00000474

## Analgesic Effects of *ortho*-Methyl fentanyl, Cumulative Dose-Effect and Time Course

**Latencies**

| 9/20/24/2023 | TF1559 | TF1560 | TF1561 | TF1562 | TF1563 | TF1564 | TF1565 | TF1566 | TF1567 | TF1568 | avg | sem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Baseline** | 1.9 | 2.4 | 3.8 | 2.1 | 2.7 | 2.5 | 1.8 | 2.7 | 3.4 | 2.3 | 2.6 | 0.2 |
| **Saline Vehicle** | 1.6 | 3.7 | 7.0 | 3.1 | 1.8 | 2.2 | 2.1 | 5.3 | 2.7 | 3.6 | 3.3 | 0.5 |
| 0.01 mg/kg | 1.8 | 2.3 | 4.7 | 2.5 | 2.7 | 3.2 | 2.8 | 4.4 | 3.6 | 3.4 | 3.1 | 0.3 |
| 0.032 mg/kg | 2.3 | 3.8 | 6.9 | 3.9 | 4.9 | 3.3 | 2.5 | 3.5 | 3.2 | 4.5 | 3.9 | 0.4 |
| 0.1 mg/kg | 4.2 | 4.9 | 7.8 | 5.7 | 6.7 | 5.0 | 6.5 | 4.4 | 6.4 | 5.0 | 5.7 | 0.4 |
| 0.32 | 6.7 | 10.0 | 10.0 | 7.4 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 7.5 | 9.2 | 0.4 |
| 30 min | 10.0 | 10.0 | 10.0 | 10.0 | 8.7 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 9.9 | 0.1 |
| 45 min | 10.0 | 10.0 | 10.0 | 5.9 | 5.0 | 4.2 | 5.7 | 4.5 | 6.8 | 5.1 | 6.7 | 0.8 |
| 60 min | 5.9 | 6.2 | 6.7 | 3.2 | 5.1 | 1.8 | 3.0 | 5.6 | 8.2 | 4.8 | 5.0 | 0.6 |
| 75 min | 1.6 | 2.8 | 7.6 | 2.4 | 3.5 | 1.8 | 3.3 | 3.3 | 3.6 | 2.6 | 3.2 | 0.5 |

**%Mean Peak Effect**

| | TF1559 | TF1560 | TF1561 | TF1562 | TF1563 | TF1564 | TF1565 | TF1566 | TF1567 | TF1568 | avg | sem |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Saline Vehicle** | -4.2 | 17.0 | 51.5 | 12.6 | -12.0 | -3.9 | 4.1 | 35.8 | -9.8 | 16.3 | 10.7 | 6.5 |
| 0.01 mg/kg | -1.9 | -2.0 | 14.7 | 4.8 | 0.4 | 10.0 | 12.5 | 23.3 | 3.5 | 14.2 | 8.0 | 2.6 |
| 0.032 mg/kg | 5.4 | 18.2 | 50.6 | 22.3 | 30.0 | 11.2 | 8.4 | 10.8 | -3.3 | 28.1 | 18.2 | 4.9 |
| 0.1 mg/kg | 28.3 | 32.5 | 65.1 | 45.5 | 54.6 | 33.2 | 57.8 | 23.3 | 46.3 | 35.0 | 42.2 | 4.4 |
| 0.32 | 59.0 | 100.0 | 100.0 | 67.3 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 67.5 | 89.4 | 5.5 |
| 30 min | 100.0 | 100.0 | 100.0 | 100.0 | 81.5 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 98.2 | 1.8 |
| 45 min | 100.0 | 100.0 | 100.0 | 47.8 | 31.2 | 22.3 | 47.2 | 24.6 | 51.4 | 36.5 | 56.1 | 10.1 |
| 60 min | 49.4 | 50.3 | 46.5 | 13.5 | 32.4 | -8.4 | 15.2 | 39.5 | 72.7 | 31.7 | 34.3 | 7.3 |
| 75 min | -4.3 | 4.6 | 60.7 | 4.4 | 10.7 | -9.6 | 17.9 | 7.4 | 3.0 | 4.2 | 9.9 | 6.1 |

USAO_076338

## Antagonism of the Analgesic Effects of *ortho*-methyl fentanyl by Naltrexone

*ortho*-Methylfentanyl

| Date | 9/26/2024 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Animal ID | TF1569 | TF1570 | TF1572 | TF1573 | TF1574 | TF1575 | TF1576 | TF1577 | TF1578 | avg | sem |
| Baseline | 1.69 | 1.28 | 1.81 | 1.44 | 1.44 | 2.00 | 2.72 | 2.87 | 1.84 | 1.9 | 0.2 |
| Vehicle (0.9% Saline) | 3.75 | 0.91 | 4.91 | 1.78 | 2.88 | 2.47 | 5.22 | 4.22 | 2.09 | 3.1 | 0.5 |
| *ortho*-Methylfentanyl (0.32 mg/kg) | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.0 | 0.0 |

*ortho*-Methylfentanyl

| Date | 9/26/2024 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Animal ID | TF1579 | TF1580 | TF1581 | TF1583 | TF1584 | TF1585 | TF1586 | TF1587 | TF1588 | avg | sem |
| Baseline | 2.44 | 1.47 | 1.81 | 2.91 | 2.06 | 1.75 | 2.00 | 2.88 | 2.93 | 2.3 | 0.2 |
| Naltrexone (1 mg/kg) | 1.84 | 2.65 | 2.37 | 3.57 | 2.25 | 4.25 | 3.18 | 1.56 | 3.09 | 2.8 | 0.3 |
| *ortho*-Methylfentanyl (0.32 mg/kg) | 2.78 | 2.00 | 3.50 | 4.78 | 3.84 | 6.69 | 4.41 | 5.09 | 1.97 | 3.9 | 0.5 |

| %MPE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Animal ID | TF1569 | TF1570 | TF1572 | TF1573 | TF1574 | TF1575 | TF1576 | TF1577 | TF1578 | avg | sem |
| *ortho*-Methylfentanyl 0.32 mg/kg + Vehicle | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 |
| Animal ID | TF1579 | TF1580 | TF1581 | TF1583 | TF1584 | TF1585 | TF1586 | TF1587 | TF1588 | avg | sem |
| *ortho*-Methylfentanyl 0.32 mg/kg + Naltrexone (1 mg/kg) | 4.5 | 6.2 | 20.6 | 26.4 | 22.4 | 59.9 | 30.1 | 31.0 | -13.6 | 20.8 | 6.9 |

USAO_076339