cfsre NPS DISCOVERY

PUBLIC ALERT

DEC 2024

# *ORTHO*-METHYLFENTANYL PROLIFERATING ACROSS NORTH AMERICA AS NEWEST SYNTHETIC OPIOID IDENTIFIED IN FATAL DRUG OVERDOSES

**PURPOSE:** The objective of this announcement is to notify public health, public safety, first responders, clinicians, medical examiners and coroners, forensic and clinical laboratories, and all other related communities about new information surrounding the emergent synthetic opioid ***ortho*-methylfentanyl**.

**BACKGROUND:** *ortho*-Methylfentanyl is an active mu-opioid receptor agonist with potency similar to that of fentanyl. *ortho*-Methylfentanyl bears structural resemblance to fentanyl and fentanyl analogues (e.g., *para*-fluorofentanyl). *ortho*-Methylfentanyl is synthetically manufactured and can appear in three positional isomeric forms: *ortho*-, *meta*-, and *para*-methylfentanyl. *ortho*-Methylfentanyl is a Schedule I drug in the United States under the Controlled Substances Act (21 CFR 1308). The effects of *ortho*-methylfentanyl are similar to those of fentanyl, including analgesia, sedation, drowsiness, euphoria, etc., and in severe intoxication cases respiratory depression and death.

**SUMMARY:** *ortho*-Methylfentanyl is the latest synthetic opioid to appear in the recreational drug supply with increasing regularity in North America. *ortho*-Methylfentanyl is often identified alongside fentanyl and/or *para*-fluorofentanyl in drug materials and biological specimens. *ortho*-Methylfentanyl first emerged in early 2023 in British Columbia, Canada, and since initial identification, *ortho*-methylfentanyl has been confirmed in >200+ forensic specimens originating from Canada and the United States.

## POSITIVITY: Q1 2023-Q3 2024

70.0%
60.0%
50.0%
40.0%
30.0%
20.0%
10.0%
0.0%
Q1 Q2 Q3 Q4 Q1 Q2 Q3
2023 2024
Fentanyl, para-Fluorofentanyl, ortho-Methylfentanyl

## *ortho*-METHYLFENTANYL

## GEOGRAPHICAL DISTRIBUTION

| CANADA | # |
|---|---|
| British Colombia | 182 |
| Manitoba | 21 |
| Newfoundland | 2 |
| Nova Scotia | 2 |
| Ontario | 1 |
| Prince Edward | 1 |

| USA | # |
|---|---|
| California | 4 |
| Arizona | 1 |
| Massachusetts | 1 |
| Pennsylvania | *Pending* |
| Florida | *Pending* |
| West Virginia | *Pending* |

## MEDICOLEGAL DEATH INVESTIGATIONS

*ortho*-Methylfentanyl (oMF) Summary:

- oMF commonly detected alongside fentanyl and *para*-fluorofentanyl (pFF)
- oMF quantified at wide concentration range; however, primarily <10 ng/mL
- oMF first dominating Canadian drug market; now present in United States
- Proliferation of oMF across North America continues at an increasing rate

| BLOOD CONCENTRATIONS (NG/ML) [TOTAL N=83] | | | |
|---|---|---|---|
| DRUG ▸ | oMF | FENTANYL | pFF |
| **N** | 83 | 73 | 69 |
| **Mean ± SD** | 5.8 ± 16 | 53 ± 94 | 12 ± 18 |
| **Median** | 2.1 | 25 | 3.4 |
| **Range** | <0.1 - 130 | 1.6 - 700 | 0.1 - 75 |

## DRUG CO-POSITIVITY [N=83]

Traditional Drugs
NPS
Positive Samples
80
60
40
20
0
THC
Cocaine
Methamphetamine
Fentanyl
Flualprazolam
N-Pyrrolidino Etonitazene
Etizolam
Flubromazepam
Carfentanil
Bromazolam
para-Fluorofentanyl

## DEMOGRAPHICS [N=83]

Age Group
19-30
31-40
41-50
51-60
61-70
71-80
N/A
12
23
22
9
9
2
6
0
5
10
15
20
Male
Female

**ACKNOWLEDGEMENTS:** This report was prepared by Brianna N. Stang, Sara E. Walton, Sandrine Merette, Aaron Shapiro, Donna M. Papsun, Brianna Peterson, Barry K. Logan and Alex J. Krotulski at the Center for Forensic Science Research and Education (CFSRE) at the Fredric Rieders Family Foundation. The authors acknowledge scientists and staff for their involvements and contributions, as well as our collaborators for their cooperation in assessing drug outbreaks.

**FUNDING:** CFSRE's NPS Discovery is supported in-part by the National Institute of Justice, Office of Justice Programs, U.S. Department of Justice (15PNIJ-22-GG-04434-MUMU). The opinions, findings, conclusions and/or recommendations expressed in this publication are those of the author(s) and do not necessarily represent official position or policies of NIJ/DOJ.

**ADDITIONAL INFORMATION:** Contact npsdiscovery@cfsre.org or visit www.npsdiscovery.org.

**SUGGESTED CITATION:** Stang, BN; Walton, SE; Merette, S; Shapiro, A; Papsun, DM; Peterson, B; Logan, BK; Krotulski, AJ. (2024) *ortho*-Methylfentanyl Proliferating Across North America As Newest Synthetic Opioid Identified in Fatal Drug Overdoses, Center for Forensic Science Research and Education, United States.