UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

QINGZHOU WANG, and YIYI CHEN,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Probation Office is directed to prepare pre-sentence reports for Defendants Qingzhou Wang and Yiyi Chen.

The sentencing of Defendant Qingzhou Wang will take place on **May 29, 2025, at 2:00 p.m.** Wang's sentencing submission is due by **May 8, 2025**, and the Government's submission is due by **May 15, 2025**.

The sentencing of Defendant Yiyi Chen will take place on **June 5, 2025, at 2:00 p.m.** Chen's sentencing submission is due by **May 15, 2025**. The Government's submission is due by **May 22, 2025**.

Both sentencing proceedings will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
January 30, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge