UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

QINGZHOU WANG, and YIYI CHEN,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        To allow the Probation Department time to incorporate defense counsel's late-filed objections to the draft presentence report, Defendant Chen's sentencing is adjourned to **July 1, 2025, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Chen's sentencing submission is due by **June 10, 2025.** The Government's submission is due by **June 17, 2025.**

Dated: New York, New York
       May 13, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge