Leonardo M. Aldridge
Attorney at Law
20 Vesey St. Suite 400
New York, N.Y. 10007

July 12, 2025

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2014
New York, New York 10007

Re: <u>United States v. Hubei Amarvel Biotech, C., Ltd., et al.</u>, 23 Cr. 302 (PGG)

Your Honor:

    Mr. Qingzhou Wang respectfully requests that this Honorable Court afford an additional week to the defense team to file its sentencing memorandum, in anticipation of the August 21 sentencing hearing before Your Honor.

    If the Court were to grant this request, the defense would submit its memorandum on **July 25** instead of **July 18**, as currently scheduled. Moreover, the government would submit its sentencing memorandum on **August 1**, instead of the currently scheduled **July 25**. The government consents to this proposed one-week expansion of the filing deadlines.

**MEMO ENDORSED:**

The application is denied.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

Dated: July 14, 2025

Respectfully,

s/

Leo Aldridge and David Mou
Attorneys for Qingzhou Wang

1