UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

QINGZHOU WANG,

Defendants.

**ORDER**

23 Cr. 302 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at the August 21, 2025 proceeding, Defendant Wang's sentencing is adjourned to **September 8, 2025, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The parties will submit supplemental briefing concerning calculation of the Defendant's base offense level under the Sentencing Guidelines. That briefing will address, inter alia, (1) whether the purity of methylamine is relevant in determining the Defendant's base offense level pursuant to U.S.S.G § 2D1.11; (2) whether the Probation Office properly analogized 1-boc-4-AP to piperidine in determining the base offense level pursuant to U.S.S.G § 2D1.11; (3) whether it is proper for the Court to consider – in determining the base offense level – the weight of the chemicals that Defendant Wang agreed to sell to the DEA confidential source at the Fiji meeting; and (4) whether the Probation Office's calculation of Wang's base offense level as 30 is otherwise improperly calculated.

Briefing will proceed on the following schedule: Wang's submission is due on

**August 27, 2025** and the Government's submission is due on **September 3, 2025.**

Dated: New York, New York
       August 23, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge