UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - against - | **ORDER** |
| QINGZHOU WANG, | 23 Cr. 302 (PGG) |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Wang's sentencing that is currently scheduled for September 8, 2025, is adjourned to **September 18, 2025, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      September 4, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge