**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

September 5, 2025

MEMO ENDORSED
The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: September 5, 2025

**BY ECF & E-Mail**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Qingzhou Wang*, S1 23 Cr. 302 (PGG)

Dear Judge Gardephe:

The Government writes regarding its supplemental sentencing letter publicly filed on September 3, 2025 (Dkt. 175) in response to the Court's August 25, 2025 order (Dkt. 171) and defendant Qingzhou Wang's supplemental sentencing letter, filed August 28, 2025 (Dkt. 174). The Government's September 3 letter contains a still image from GX 504A, an exhibit admitted in the trial of Wang and his co-defendant, Yiyi Chen, a/k/a "Chiron," showing a recorded video call between several individuals, including Wang, Chen, and a confidential source of the Drug Enforcement Administration ("DEA"), "CS-Gil," who testified at trial, as well as a second DEA confidential source, referred to herein as "CS-4," who did not testify at trial. (Dkt. 175 at 6). Due to an oversight, the faces of CS Gil and CS-4 in the still image included in the Government's September 3 letter were not redacted and are visible in the image. (Dkt. 175 at 6).

The Government respectfully requests that the unredacted version of its September 3 letter be sealed or deleted from the docket and that the Government be permitted to file a corrected version of its September 3 letter that redacts the faces of CS Gil and CS-4 in the still image from GX 504A. Such redaction is appropriate in light of CS-Gil's and CS-4's prior and ongoing undercover work for the DEA and to mitigate the safety risks posed by any public dissemination of images reflecting their faces—and for the same reasons cited by the Court in granting the Government's December 13, 2024 motion requesting, among other things, that the Court preclude any person from attempting to sketch or otherwise capture the likeness of CS-Gil, among other confidential sources at trial. (*See* Jan. 8, 2025 Final Pretrial Conf. Tr. at 3-4 (finding, *inter alia*, "disclosure of the true identity or likenesses of these DEA confidential sources could present a serious safety risk to them and their families"). Such redaction is also consistent with the policies of the District Court regarding redaction as set forth in the District Court's Notice Regarding Privacy and Public Access to Electronic Civil and Criminal Case Files. (*See* https://www.nysd.uscourts.gov/sites/default/files/pdf/egovtact042005.pdf (instructing when parties should redact information and to "exercise caution" when filing documents that contain, among other things, "information regarding an individual's cooperation with the government")).

U.S. v. Qingzhou Wang, S1 23 Cr. 302 (PGG)                                              Page 2
Hon. Paul G. Gardephe
September 5, 2025

      The Government has conferred with Wang's counsel and understands from counsel there is no objection to the foregoing request. The Government is available should the Court have any questions.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ___/s/_____
Alexander Li / Kevin Sullivan
Assistant United States Attorneys
(212) 637-2265 / -1587

cc:   All counsel of record (*by ECF*)