UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                   :

    UNITED STATES OF AMERICA         :

                   :    DECLARATION IN SUPPORT

        -v.-                :    OF FINAL ORDER OF

                   :    <u>FORFEITURE</u>

    QINGZHOU WANG,          :

        a/k/a "Bruce,"         :    S1 23 Cr. 302 (PGG)

                   :

                   :

        Defendant.        :

                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Alexander Li, pursuant to Title 28, United States Code, Section 1746, declares under penalty of perjury as follows:

1.    I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2.    On or about September 19, 2025, the Court entered a Preliminary Order of Forfeiture as to Money Judgment/Specific Property (the "Preliminary Order of Forfeiture") (D.E. 186) with respect to QINGZHOU WANG (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following specific property:

    a.    Approximately .51434 Bitcoin (BTC) formerly on deposit in Aux Cayes FinTech Co. Ltd., d/b/a OKX.com ("OKX") account 313558230485874290;

    b.    Approximately 269.37 Tether (USDT) formerly on deposit in OKX account 313558230485874290;

    c.    Approximately 2.93715 Bitcoin (BTC) formerly on deposit in OKX account 556599404854351235;

d.   Approximately 40,370.50 Tether (USDT) formerly on deposit in OKX account 556599404854351235;

e.   Approximately 179,380.5526 Tether (USDT) formerly on deposit in OKX account 568712609202200900;

f.   Approximately 2.06035 Bitcoin (BTC) formerly on deposit in OKX account 568712609202200900;

g.   Approximately 57,477.54 Tether (USDT) formerly on deposit in the Nest Services Limited, d/b/a Binance ("Binance") account associated with the user ID 827979450;

h.   Approximately 9,287.83 Tron (TRX) formerly on deposit in the Binance account associated with the user ID 827979450; and

i.   1.383 Ethereum (ETH) formerly on deposit in the Binance account associated with the user ID 827979450

(a. through i., collectively, the "Specific Property").

3.   The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on December 5, 2025 for thirty (30) consecutive days, through January 3, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court April 14, 2026  (D.E. 198).

4.   On or about March 9, 2026, the Notice of Preliminary Order of Forfeiture was sent by Electronic Mail to the following:

a.   MingHua Yang

b.   Guang Xia

c.   Fengzhi Xia



2

(a. through c., collectively, the "Noticed Parties")

       5.     Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

       6.     The Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest in the Specific Property.

       7.     Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

       8.     No previous application for the relief requested herein has been sought.

Dated: New York, New York
      April 14, 2026

                    JAY CLAYTON
                    United States Attorney

         By:    /s/ *Alexander Li*
                  Alexander Li
                  Assistant United States Attorney
                  26 Federal Plaza, 38th Floor
                  New York, New York 10278
                  (212) 637-2265