UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       -v.-

QINGZHOU WANG,
    a/k/a "Bruce"

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF
FORFEITURE**

S1 23 Cr. 302 (PGG)

WHEREAS, on or about September 19, 2025, this Court entered a Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E.186), which ordered the forfeiture to the United States of all right, title and interest of QINGZHOU WANG (the "Defendant") in the following property:

    a.  Approximately .51434 Bitcoin (BTC) formerly on deposit in Aux Cayes FinTech Co. Ltd., d/b/a OKX.com ("OKX") account 313558230485874290;

    b.  Approximately 269.37 Tether (USDT) formerly on deposit in OKX account 313558230485874290;

    c.  Approximately 2.93715 Bitcoin (BTC) formerly on deposit in OKX account 556599404854351235;

    d.  Approximately 40,370.50 Tether (USDT) formerly on deposit in OKX account 556599404854351235;

    e.  Approximately 179,380.5526 Tether (USDT) formerly on deposit in OKX account 568712609202200900;

    f.  Approximately 2.06035 Bitcoin (BTC) formerly on deposit in OKX account 568712609202200900;

    g.  Approximately 57,477.54 Tether (USDT) formerly on deposit in the Nest Services Limited, d/b/a Binance ("Binance") account associated with the user ID 827979450;

h. Approximately 9,287.83 Tron (TRX) formerly on deposit in the Binance account associated with the user ID 827979450; and

i. 1.383 Ethereum (ETH) formerly on deposit in the Binance account associated with the user ID 827979450;

(a. through i., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on December 5, 2025, for thirty (30) consecutive days, through January 3, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on April 14, 2026 (D.E. 198);

2

WHEREAS, on or about March 9, 2026, the Notice of Preliminary Order of Forfeiture was sent by Electornix Mail to the following:

a.  MingHua Yang



b.  Guang Xia

c.  Fengzhi Xia

(a. through c., collectively, "Notice Parties")

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Notice Parities are the only individuals and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
      June 12 , 2026

                              SO ORDERED:

                              _Paul G. Gardephe_____
                              HONORABLE PAUL G. GARDEPHE
                              UNITED STATES DISTRICT JUDGE

4